FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>           Plaintiff, )<br>           )<br>v.         )<br>           )<br>PATRICK TOWLE, )<br>           )<br>           Defendant. )<br>           )<br>_____ ) | Cr. No. 04 CR 2605 W<br><br>**ORDER<br>FOR EXTRAORDINARY<br>EXPENSES.** |

Good cause appearing:

IT IS HEREBY ORDERED that additional extraordinary expenses not to exceed $11,250.00 are authorized for the services of law clerk Louis Akins nunc pro tunc to the date of May 10, 2006..

450 HRS @ $25.00 = $11,250.00

IT IS SO ORDERED:

DATED: 8/30/06

_____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT COURT