FILED

SEP - 5 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10            (HONORABLE THOMAS J. WHELAN)

11  UNITED STATES OF AMERICA,          )      Cr. No. 04 CR 2605 W
                                       )
12              Plaintiff,             )
                                       )      **PROPOSED ORDER**
13  v.                                 )      **FOR EXTRAORDINARY**
                                       )      **DISCOVERY EXPENSES.**
14  PATRICK TOWLE,                     )
                                       )
15              Defendant.             )
                                       )
16  _____)

17          Good cause appearing:

18          IT IS HEREBY ORDERED that extraordinary expenses of $ 80.48 plus tax and

19  shipping are authorized to pay Copy Connection for copies of discovery material.

20

21

22          IT IS SO ORDERED:

23

24  DATED: _8/30/06_

25                                    HON. THOMAS J. WHELAN
                                      UNITED STATES DISTRICT COURT

26

27

28

                                      2